UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHERN DISTRICT OF N.Y.
2019 OCT 28 PM 3: 07

Alphonso Syville
_____

Write the full name of each plaintiff.

# 19 CV 9988

_____CV_____
(Include case number if one has been
assigned)

-against-

City of New York
Department of Homeless Services
DHS Peace Officer's Service
_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes  ☒ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Americans with Disabilities Act (ADA), Rehabilitation Act of 1973, Human Rights, Negligence, Pain Suffering, Post traumatic Stress, Excessive force, Falsifying Statements, Unlawfully Imprisonment

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                        (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Alphonso                          Syuille
First Name          Middle Initial          Last Name

MAILING ADDRESS → 106 HorN Bean Ave SweDesboro N.J. 08085
Street Address

_____          _____
County, City                     State          Zip Code

846-673-3205                     SoHooDENT 27@ AOL.Com
Telephone Number                 Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  _Department of Homeless Services_
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)
_33 Beaver St_          _N.Y, N.Y_
County, City                      State              Zip Code

Defendant 2:  _DHS Peace Police Officers_
First Name                        Last Name

_____
Current Job Title (or other identifying information)
_33 Beaver St_
Current Work Address (or other address where defendant may be served)
_N.Y, N.Y_
County, City                      State              Zip Code

Defendant 3:  _____
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                      State              Zip Code

Defendant 4:

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City          State          Zip Code

## III. STATEMENT OF CLAIM

(Homeless Shelter) adults

Place(s) of occurrence: 131 W25st Jack Ryan for Single Men Mca

Date(s) of occurrence: 7/2/19

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was Assaulted on 7/2/19 By DHS peace Officer's at 131 Jack Ryan Homeless Shelter for Single adult Men (see Attachment #4 part 1-3)

I Have a Physical and Mental Illness and Been Fighting my SSI Case since 2016/April. But I been Surviving off of Welfare since. (See Attachment #1)

Staff of Jack Ryan Refused to Help me, a Physical ill Client with my Property Through the metal Detecter's To Be Search. Even after Being called ahead of Time from my Previous shelter that my Property was being transported from Due to my Belief I knew that Staff at Jack Ryan Needs to Help me with my Property When it Arrived. (see Attachment #4 part 1)

Also The main reason I was transferred To Jack Ryan Homeless Shelter was Because It was closer To Bellvue Hospital where I was about To Have lower Back Surgery (see Attachment #2

Due to this, I was denied entrance to the Buck Ryan Shelter. Then the peace officer put me in a Bear Hug, the other peace officer put me in a Head lock Took me down to the floor cuffed my wrists and ankles. Lifted me up by my Dreads & pulled out like 10 of my Dreads. Banged my Head off the wall as they Drugged me down like 15 steps in ankle and Hand cuffs, on my way to the DHS office. Lies and falsified Statements, Locked me up. & They clearly violated DHS. They threw all my Property away, my whole life, I have Nothing Right Now. They couldn't help lift my Property But they ~~Patrol Call.~~ (See attachment #3, #4)

Help lift my Property to throw it away. (see Att #6)

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Traumatizing for a person ~~with~~ Already with a Mental Disability. Scares from the excessive tight sewing my Hands and ankle cuffs, (Permanent Marks). Lost of Hair, Continuing to cause more Damage to my lower Back. (I'm still trying to make an appointment to get my lower Back Surgery. Pain & Suffering, Negligence. (See attachment #3 and 5

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I'm looking for Hundred Million in Damages Dollars

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 10/28/19

Plaintiff's Signature: _Syville_

First Name: Alphonso

Middle Initial:

Last Name: Syville

Street Address: 106 Hoenbean Ave  Swedes Boro N.J. 08085

County, City:

State:

Zip Code:

Telephone Number: 446-673-3205

Email Address (if available): SoHoopent27@AOL.Com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

1:19 CV. 09265

Syville, Alphonso
Name (Last, First, MI)

106 Hornbean Ave    Swedesboro    N.J.    08085
Address              City          State    Zip Code

646-673-3205                        Soltboden270 AOL.Com
Telephone Number                    E-mail Address

10/28/19
Date                                Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

# INCOMe

&

SSI . Appeal

I Been fighting

THis Case since

2016 - until present

( still Active )

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Alphonso Syville

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

1:19 CV. 0925 ( ) ( )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

-against-

Social Security Administration

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings
and I believe that I am entitled to the relief requested in this action. In support of this application to
proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are
true:

1. *Are you incarcerated?*  ☐ Yes  ☑ No  (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution? ☐ Yes ☑ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization"
   directing the facility where I am incarcerated to deduct the filing fee from my account in installments
   and to send to the Court certified copies of my account statements for the past six months. *See* 28
   U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☑ No

   If "yes," my employer's name and address are: _____

   Gross monthly pay or wages: _____NA_____

   If "no," what was your last date of employment? ___N.A___

   Gross monthly wages at the time: _____N.A_____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else
   living at the same residence as you received more than $200 in the past 12 months from any of the
   following sources? Check all that apply.

   (a) Business, profession, or other self-employment  ☐ Yes  ☑ No
   (b) Rent payments, interest, or dividends  ☐ Yes  ☑ No



(c) Pension, annuity, or life insurance payments □ Yes ☑ No

(d) Disability or worker's compensation payments □ Yes ☑ No

(e) Gifts or inheritances □ Yes ☑ No

(f) Any other public benefits (unemployment, social security,
food stamps, veteran's, etc.) ☑ Yes □ No

(g) Any other sources □ Yes ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

Food stamps $190 monthly $40 cash monthly

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

N/A

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

N/A

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

N. A

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

N. A

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

N. A

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

10/7/19

**Dated**

Syville, Alphonso

**Name (Last, First, MI)**

131 W 25th

**Address**

**Signature**

**Prison Identification # (if incarcerated)**

**City**     **State**     **Zip Code**

30Hoosevt27@AOl.Com

**Telephone Number**

**E-mail Address (if available)**

IFP Application, page 2

**NYC HEALTH+ HOSPITALS** | **Woodhull**



WOODHULL MEDICAL CENTER
760 Broadway 3c-100
Brooklyn NY 11206
Dept: 718-963-8269

June 17, 2019

Lower Back operation



Patient: **Alphonso Syville**
Date of Birth: **9/27/1974**
Date of Visit: **6/17/2019**

To Whom It May Concern:

It is my medical opinion that Alphonso Syville will need complete bedrest until recommendations from the spine doctors. .

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Suresh Patil, MD



This document was electronically signed on 6/17/2019 at 3:15 PM.

Referals for
Back Surgery/Reason
I was Transferred To Jack Ryan on
W 25st and Save so I could be closer to
▓▓▓▓ Hospital where my lower Back operat-
Belluve
ion was going to take place IN The Near future.

Syville, Alphonso (MR # 1076772)
Woodhull Orthopedics
760 Broadway 3C-100
BROOKLYN NY 11206
Phone: 718-963-8269
Fax:

**Ext.1** **ATTacH2**

Date: Jun 17, 2019

Encounter Date: 06/17/2019

## Ambulatory Referral to Orthopedics

Patient: Alphonso Syville
466 Marcy Avenue
Apt 4D
BROOKLYN NY 11206
Phone: 646-730-3091

MRN: 1076772
DOB: 9/27/1974
SSN: xxx-xx-xxxx

Sex: M

*1252 - 562*
*5751*
*7/3*

Referring Provider Information:
PARVIN, FARHEENA          Phone: 718-963-8269          Fax:

Referral Information:
# Visits: 1
Urgency: Next 7 Days
Start Date: Jun 17, 2019

Referral Type: Orthopedic [BK1]
Referral Reason: Specialty Services Required
End Date: To be determined by Insurer

Diagnosis: **Spinal stenosis of lumbar region with neurogenic claudication (M48.062)**
Refer to Dept:
Refer to Provider:

Reason for Referral: L4-L5, L5-S1 disc protrusion compromising central canal and nerve roots. Pt has b/l LE numbness and urinary urgency. Please eval for management ASAP

Authorized by: Farheena Parvin, PA

This document serves as a request of services and does not constitute Insurance authorization or approval of services. To determine eligibility, please contact the members Insurance carrier to verify and review coverage.

If you have medical questions regarding this request for services. Please contact Woodhull Orthopedics at 718-963-8269 between the hours of 8:00am - 5:00pm (Mon-Fri).

# NYC HEALTH+ HOSPITALS | Woodhull

August 15, 2019

Alphonso Syville
466 Marcy Avenue
4d
Brooklyn NY 11206

Patient:      **Alphonso Syville**
MR Number: **1076772**
Date of Birth: **9/27/1974**
Date of Visit: **8/15/2019**

To whom it may concern:

Thank you for referring Alphonso Syville to me for evaluation. Below are the relevant portions of my assessment and plan of care.
Mr Syvlle is currently at a shelter facility in Bronx. He is being managed at Woodhull Medical and Mental Health center (brooklyn) for his medical condition and will receive a referral to Bellevue Hospital. It is difficult for him to travel from Bronx to Brooklyn for regular appointment follow ups.
Please allocate a shelter closer to his medical facility.

If you have questions, please do not hesitate to call me.

Sincerely,

Suresh Patil, MD

This document was electronically signed on 8/15/2019 at 3:26 PM.

*3140866*

Syville, A'phonso (MR # 1076772)
Woodhull General Surgery
760 Broadway 2C-230
BROOKLYN NY 11206
Phone: 718-963-8207
Fax: 718-630-3234

Date: Aug 15, 2019

ATT. 2

## Ambulatory Referral to Neurosurgery

**Patient:** Alphonso Syville
466 MARCY AVENUE
4D
BROOKLYN NY 11206
Phone: 646-730-3091

MRN: 1076772
DOB: 9/27/1974
SSN: xxx-xx-xxxx

Sex: M

**Referring Provider Information:**
PARVIN, FARHEENA        Phone: 718-963-8207        Fax: 718-630-3234

**Referral Information:**
# Visits: 1
Urgency: Routine
Start Date: Aug 15, 2019

Referral Type: Surgical [2]
Referral Reason: Specialty Services Required
End Date: To be determined by Insurer

**Diagnosis: Chronic bilateral low back pain with bilateral sciatica (M54.42,M54.41,G89.29)**
Refer to Dept:
Refer to Provider:

Reason for Referral: 44 y/o male with L4-L5, L5-S1 disc protrusion compromising central canal and nerve roots. Pt has b/l LE numbness and urinary urgency. Please eval for management ASAP

Authorized by: Farheena Parvin, PA

This document serves as a request of services and does not constitute Insurance authorization or approval of services. To determine eligibility, please contact the members Insurance carrier to verify and review coverage.

If you have medical questions regarding this request for services. Please contact Woodhull General Surgery at 718-963-8207 between the hours of 8:00am - 5:00pm (Mon-Fri).

# NYC
# HEALTH+
# HOSPITALS | **Bellevue**

Mr. Alphonso Syville
466 MARCY AVENUE
4D
BROOKLYN, NY 11206

9/10/2019

Dear Alphonso Syville,

This is a reminder for your upcoming appointment with BE NEUROSURG RESOURCE
[11744056].

Date:  9/10/19
Time:  10:20 AM
Department: Bellevue Neurosurgery
Location: Bellevue Hospital Center
Visit Type: Consult
MRN: 3140866

Instructions: Ambulatory Care Building
1st Floor Clinic 1D


Please arrive at  by 10:20 AM to check in and fill out any necessary forms.

If for any reason you are unable to keep this appointment, please contact the office at
844-692-4692 to reschedule.

Sincerely,
Patient Service Specialist for BE NEUROSURG RESOURCE [11744056]

**ATT.2**

Date: Sep 10, 2019

Bellevue Neurosurgery
462 1st Ave
New York NY 10016
Phone: 844-692-4692
Fax: 212-562-5603

## Ambulatory Referral to Pain Management Clinic

**Patient**: Alphonso Syville                    MRN: 3140866
466 MARCY AVENUE                                 DOB: 9/27/1974
4D                                               SSN: xxx-xx-xxxx
BROOKLYN NY 11206
Phone: 646-730-3091                              Sex: M

**Referring Provider Information:**
ORILLAC, CORDELIA        Phone: 844-692-4692        Fax: 212-562-5603
Supervisor: Stephen Russell, MD

**Referral Information:**
# Visits: 1                                      Referral Type: Consultation [3]
Urgency: Routine                                 Referral Reason: Specialty Services Required
Start Date: Sep 10, 2019                          End Date: To be determined by Insurer
**Diagnosis: Back pain at L4-L5 level (M54.5)**
Refer to Dept: BE PAIN MANAGEMENT
Refer to Provider:

Reason for Referral: refractory LBP not surgical candidate

Authorized by:  CORDELIA ORILLAC, MD

This document serves as a request of services and does not constitute Insurance
authorization or approval of services.  To determine eligibility, please contact the
members Insurance carrier to verify and review coverage.

If you have medical questions regarding this request for services. Please contact
Bellevue Neurosurgery at 844-692-4692 between the hours of 8:00am - 5:00pm (Mon-
Fri).

## Additional Department Information:

| Department: | Phone: | Address: | City: | State: |
| --- | --- | --- | --- | --- |
| BE PAIN MANAGEMENT | 212-562-5362 | 462 1st Ave | New York | New York |

**NYC HEALTH+ HOSPITALS** | **Bellevue**

Mr. Alphonso Syville
466 MARCY AVENUE
4D
BROOKLYN, NY 11206

9/10/2019

Dear Alphonso Syville,

This is a reminder for your upcoming appointment with BE UROLOGY R1.

Date:  10/03/19
Time:  3:00 PM
Department: Bellevue Urology
Location: Bellevue Hospital Center
Visit Type: Consult
MRN: 3140866

Instructions: Ambulatory Care Building
1st Floor Clinic 1C

Please arrive at  by  3:00 PM to check in and fill out any necessary forms.

If for any reason you are unable to keep this appointment, please contact the office at
844-692-4692 to reschedule.

Sincerely,
Patient Service Specialist for BE UROLOGY R1

Department

DHS police officer's

Rules and Clients Right

# ATT. 3



**DHS PEACE OFFICER GUIDE**  PROCEDURE No. 120-08

USE OF FORCE

All DHS Peace Officers are responsible and accountable for the proper use of force under appropriate circumstances. Officers and Supervisors are reminded that the application of force must be consistent with existing law and common law enforcement values to value human life and respect the dignity of each individual. Depending upon the circumstances, both federal and state laws provide for criminal sanctions and civil liability against officers, when force is deemed excessive, wrongful or improperly applied. Additionally, administrative sanctions are also available in instances of abuse of authority or improper use of force.

The primary duty of all DHS Peace Officers is to preserve human life. Only that amount of force necessary to overcome resistance will be used to effect an arrest or take a dangerous mentally ill or emotionally disturbed person into custody.

At the scene of an incident, many officers may be present and some may not be directly involved in taking enforcement action. However, this does not relieve any officer of the obligation to ensure that the requirements of law and agency regulations are complied with. DHS Peace Officers are required to maintain control or intervene if the use of force against a subject becomes excessive. Failure to do so may result in administrative, criminal or civil penalties. EXCESSIVE FORCE AND UNLAWFUL RESTRAINT OF INDIVIDUALS WILL NOT BE TOLERATED.

All DHS Peace Officers at the scene of an incident must use minimum necessary force.

DHS officers will NOT use chokeholds or apply any pressure to an individuals throat or windpipe, which may prevent or hinder breathing or reduce the intake of air. Officers shall avoid tactics such as sitting or standing on a subject's chest, which may result in chest compression, thereby reducing the subject's ability to breathe.

Whenever it becomes necessary to take a subject into custody, a DHS Police supervisor will be notified and respond to the scene. Responding officers will utilize appropriate tactics in a coordinated effort to overcome resistance. The DHS Police supervisor should direct and control all activity.

Persons taken into custody shall be rear cuffed at the earliest opportunity to reduce the potential for resistance, which may cause injuries. Only handcuffs or other restraining devises authorized by the agency will be used.

After an individual has been controlled and placed under custodial restraint using handcuffs or other authorized methods, the person should be positioned so as to promote free breathing. The subject should not be maintained or transported in a face down position.

Title (Ext #1) Part 1 Attachment 4

Assault

7/2/19

Alphonso Syville
a. Syll
Pg 4

Dear
Prog. End #3

# **CLIENT COMPLAINT FORM**

DATE: 7/3/19

TIME REPORTED: 6pm        REPORTED TO: Director of Jack Ryan

CLIENT'S NAME: Alphonso Syville        HA: _____

D.O.B: 9/27/74        SOC. SEC. #: 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

NATURE OF COMPLAINT: I was Assulted By DHS peace Officer Waterton #261, Bailey, Jones

**COMPLAINT:**

To whom this may concern on 7/2/19 I was Assulted By DHS peace officers. (Look at the camera's).

Ms Sims sent my property from Renaissance on 7/2/19 By 1 of Her Staff member's and a client. This was Done Because I couldn't carry my Bags Due to my Back Injury and Surgery. Ms Sims called Jack Ryan and told them that somebody Must Help me with my Bags First time Rob came, somebody at Jack Ryan told him I wasn't there.

So Mr Rob came again and they came to the 6th Floor to Get Me. Page 2

DHS POLICE SUPERVISOR ON DESK: _____

COMPLAINT ENTER INTO LOG BOOK PAGE(S): _____

TIME OF COMPLAINT: _____ INCIDENT REPORT #: _____

WAS STAFF NOTIFIED? _____ IF YES, THEN WHO: _____

MISCELLANEOUS NOTATIONS:

Please Call Ms Sims the Director At Renaissace Men shelter IN Brooklyn And Mr Rob who work AND Bring my Property from Brooklyn to Manhattan twice so He and She can tell you How Rude & Disrespect

CLIENT'S SIGNATURE: _____

They was told

# CLIENT COMPLAINT FORM

DATE: 7/3/19

TIME REPORTED: 7:15          REPORTED TO: Director of Jack Ryan

CLIENT'S NAME: Alfonso Sprille          HA: _____

D.O.B: 9/27/74          SOC. SEC. #: _____

NATURE OF COMPLAINT: I WAS ASSAULTED BY DHS ~~staff~~
Peace officers WATERTON #261 Bailey, Jones

**COMPLAINT:**

I come Down AND meet Rob outside. The people at Jack Ryan gave Rob a HARD time. Please Contact Renaissance Shelter in Brooklyn and speak with MRS Sims and Mr Rob the tall guy.

So Now my property IS IN The Lobby waiting to be search But somebody Gotta Help me Put it through the Metal Detectors. I Asked the 2 B.A People that was IN the ● Front to Help me AND They stated "I Feel you But we Don't Do that." Then I asked DHS and they SAID No. Now let's not forget I was transferred to Jack Ryan to Have Back Surgery.

DHS POLICE SUPERVISOR ON DESK: _____

COMPLAINT ENTER INTO LOG BOOK PAGE(S): _____

TIME OF COMPLAINT: _____ INCIDENT REPORT #: _____

WAS STAFF NOTIFIED? _____ IF YES, THEN WHO: _____

MISCELLANEOUS NOTATIONS:
Please Call Ms Sim 718-581-5798 AND Please Get Yall own copy of the tape so Yall CAN Really see it. I WAS ASSAULTED

CLIENT'S SIGNATURE: _____

*Neon. Book #3* (handwritten note, top right)

*8th* (margin)

# CLIENT COMPLAINT FORM

DATE: 7/3/19

TIME REPORTED: 9 oclock am     REPORTED TO: Director at Jack Ryan

CLIENT'S NAME: Alphonso Syville     HA: _____

D.O.B: 9/27/74     SOC. SEC. #: _____

NATURE OF COMPLAINT: Assaulted By D.H.S peace officers Walerton, Bailey, Jones. And whoever else (please get the tape)

**COMPLAINT:**

So I leave my Bags And go through the Metal Detector clearly AND Walerton Jumped in front of me And said where you going. I laughed And said this is my shelter. I'm gonna upstairs to get my Phone to call the Coalition for the Homeless and to get 2 clients to help me with my property. I told Walerton, you can't stop me this is my official shelter. Walerton said "Oh yeah and grabbed me in a Bear hug. He is crushing my lower Back and I'm trying to get loose. Then Bailey Jumped me. Next thing I know Is I'm on top of Walerton. And Walerton still got me in the Headlock and pulling my hair out at the same time.

DHS POLICE SUPERVISOR ON DESK: _____

COMPLAINT ENTER INTO LOG BOOK PAGE(S): _____

TIME OF COMPLAINT: _____ INCIDENT REPORT #: _____

WAS STAFF NOTIFIED? _____ IF YES, THEN WHO: _____

MISCELLANEOUS NOTATIONS: Please watch the tape, Please!!

_____

_____

_____

CLIENT'S SIGNATURE: _____

ATT.4

Near . . .
. . . Bed #3

#8

# CLIENT COMPLAINT FORM

DATE: 7/3/19

TIME REPORTED: _____   REPORTED TO: Director of Jack Ryan

CLIENT'S NAME: Alphonso Syville   HA: _____

D.O.B: 9/27/74   SOC. SEC. #: Please see Cameras

NATURE OF COMPLAINT: I was assaulted by DHS Police officer's, Waterton #261, Bailey, Jones & other's

COMPLAINT:

I heard Jones yell, tase him taze him, He on top of Waterton. I yelled, No Don't tase me, tell him to let my hair go and I'll let yall cuff me. Bailey was trying to break my arm and wrist and something people was on me but I couldn't see, I was face down. Waterton started pulling my hair tighter and still had me in a head lock, they put ankle restrains on me, They and Waterton, pulled me up by my hair. Started dragging me down stairs, banged my head on the wall. Dragging me down the stairs in ankle restraints cutting into my skin. Sat me on the bench and had my arms cuffed behind my back and a extra set of cuffs on my left wrist & everything extra tight so they left me like that for hours.

DHS POLICE SUPERVISOR ON DESK: _____

COMPLAINT ENTER INTO LOG BOOK PAGE(S): _____

TIME OF COMPLAINT: _____   INCIDENT REPORT #: for hours.

WAS STAFF NOTIFIED? _____   IF YES, THEN WHO: Please watch the Cameras

MISCELLANEOUS NOTATIONS:

There are Cameras downstairs in the DHS office where they had me cuffed. Please watch

CLIENT'S SIGNATURE: _____

Alphonso Syville
A. Syville 7/3/19

Falsifing Statements

Excessive Force

And whatever else
y'all see.

Alphonso Sville
A. Sville
7/4/19

Pages 2

falsing... statements, making
force. Giving me xtra charge's that I
DIDN'T DO. Had the cuffs swo ankle
cuffs on Real tight FOR 7/4/19 (After the)
HOURS (ASSAULT)

Sorry about Not Knowing some of
the people INVOLVED NAMES or Badge
Number. ( I Just got to JACK RYAN on (6/30/19)
But I Describe them to the Rest of
my Ability and I will Definitely Point
them out to you

So the Sergeant Ms Stuk is the
one that told all of them to LiE. She
Never checked the tape, she said," that's
why you Here for service, she the 1 that
told Baily, Waterton to leave the cuffs behind
my back and tight and to put the extra
cuffs on my left wrist Real tight also.

So from the start, she started the
cover-up. She; a lightskin lady that
look like Popeye's Girl mother. The
black old 1, little up top Big from the
stomach Down with grey streets IN Her
Hair she Wear IN a Ponytail. Jones
I think that's Her name but she got
a two tune face lightskin

DHS
male
see
Officers

SEE THE ASSAULT

WITH BIG FAKE EYE LASHES. AND THIS
1 AGAIN THOMAS OR THOMPSON THE 1
WITH SHORT HAIR, OVERWEIGHT, WITH THICK
SEEING GLASSES.

So THE SERGEANT HAD ALL OF THEM IN
A CORNER WRITING STATEMENTS LIEING AND
THEY WILL COME TO LOOK AT ME, SAY SOMETHING
THEN I'LL SAY SOMETHING AND THEY'LL SAY
"WHAT THAT'S A THREAT" CHARGE. WHY YOU
THREATING HER, CHARGE.

AND THE SERGEANT READ EVERYBODY
STATEMENT, INCLUDING BAILEY & WATERTON.
AND THEY ALL LIED, I NEVER SPIT ON
NO BODY.

YES, I WAS MAD AT BAILEY &
WATERTON AND JONES FOR JUMPING ME
AND ABOUT TO TAZE ME FOR NOTHING.
SO I MIGHT OF SAID SOMETHING
CRAZY TO THEM, I WAS ASSAULTED FOR NOTHING
SO HER PLAN WAS TO SEND EXTRA
CHARGES AND STATEMENTS WITH VIOLENT
LIES WITH THE HOPE THAT THE JUDGE
REMAND ME AND THAT WILL REALLY MAKE
ME REALLY LOOK LIKE THE AGGRESSER.

Alphonso Spille
A. Spll 7/14/19

# PART 3

AT.4

Treatment In Cuffs
And Ankle Restraints
In the Hospital & Central
Booking.

Alphonso Sulle
a. Sulle

7/4/19

Pages 6

Page 1
TREATMENT IN CUFFS AND
ANKLE RESTRAINTS
AND IN HOSPITAL AND
CENTRAL BOOKING

Pg 1 of 6
Part 3

ATT. 4

7/4/19

So Now they transferring me in
ankles restraints and I can barely
walk. I am hoping in pain, I'm ~~about cry~~

I asked the Segnant to loose
them up i can barely walk. She said "No"

When when I finally reached the
ambulance Hoppins. I asked the EMT lady
to loose the ankle restraints i can barely
walk. Jones and her again thick seeing
glasses with the short hair and overweight
tells the EMT lady, "NO" my Segnant
said to leave it". So the EMT lady
put me in the bed so I didn't have
to walk.

So it was me, ~~her~~ Her again,
and Badge 718 and another DHS person,
but she was kool.

I was suffering on ~~Both~~ Both of
my wrist, my lower back, right ankle,
Head, panic attack, Anxiety, fast Heart
racing and Violated.

But Her again and Badge 718 left
~~my~~ ankle restraints on for like a Hour in
the Hospital and was very disrespect

Dragging me I can barely walk. I got relief when a different doctor told them they had to take off the ankle right one to see y I'm in pain, so they do. I had a LUMP on my ankle right one. The doctor wrapped it for me and Her again and 718 badge put the ankle restraint right back on.

And continued to drag and be very unprofessional towards me and my injuries. The hospital ~~also~~ also gave me Zoloft. They also injected me with Tylenol in my upper left arm for my lower back pain after all I just went thru. Also for my wrist and ankle and head what I had a serious headache from Waterton pulling my hair out on purpose. Suff

So now I get to Precient 11 or 13th and I tell LT, I didn't do nothing and I have anxiety and panic attacks. So LT said OK that Badge 718 and Her again gotta stay with me. ~~It can't~~ Remember about the ankle restraints at this time because the pain injection was working for my ankle no more pain, wrist no more pain, no headache but still lower back

pains but not bad. So they put me
in the jail cell and locked the door
and denied me I think something to
drink. So I started kick the jail cell
door and LT told 718 and Her again to
take me back to the Hospital.

The Hospital refuses to intake me
said I was playing games. I said Doctor
I take 150 Zoloft a day. I Hope ya'll gave
me 150 Hp first time. Also I messed up my
back lower back again for kicking the cell
Door. The Doctor said so and they seen
me already and wouldn't give me
another shot. And sent me back to
precinct 13th to get me processed and finger-
printed.

So Her again and Bailey was there
and once I see Bailey I start disrespecting
him cause As a Man I felt another man
violates me on the streets and I'm getting
locked up for it. And I asked for
something to eat and drink and Bailey
and Her again continues to ignore me
and I kick the cell door again and 2T
came in and after LT take Her
again tazer gun out Her Host and

Tell Her again she suppose to had
checked Her TASER GUN once she
first came in. LT ask me whats
wrong I said they won't get me something
to eat Bailey and Her again. Lt told
Her again she better go get me something
to eat and DRINK But I know only
thing I ate so far was a cup of fruit
from Bellvue on my first trip.
    I forgot what time we left but
Bailey was my arresting officer.
I would say Her again got me something
to eat around 12-1:30 pm. And I spoke
to and lady police officer she was real
cool. She was there to therapy me quick
and to make sure I wasn't thinking about
Hurting or killing myself, (NEVER).
    So I had to go to Central Bookings
and Seg Gomez came and take over
cause at this time, He in charge of
the dvts worker's.
    He He, spuille, I'm taking them
leg restants off of you right now,
you gand, I tell Gomez Segt, yeah I'm
gans and Seg take the leg restants
off we going to 100 Centre Street.

3:51 am I'm going to find some where
To sleep peckably the trains I'm tired
cause I been up since 11am 7/2/19 It's 3:53
am on July 4th 19, Independence Day. Why
Not.

So, we went to 100 Centre st for Court and I'm not ready in the Court system. So DHS was forced to take me back to they office because I couldn't wait in Central Booking unattended due to Mental illness.

I got back to Jack Ryan at 2am. With Detective Kittappz.

So, I was cuffed on my Ankles and wrist extra tight from 1pm July 2 until 1am July 3rd.

Alp Hongo Sylla
a. Sylla 7/4/19

ATTACHMENT 5

MEDICAL Reports

After I was Assaulted

AND went to the Hospital

# AFTER VISIT SUMMARY

**Att.5**



NYC HEALTH+ HOSPITALS | **Coney Island**

**Alphonso Syville** MRN: 1222726    📅 7/4/2019   📍 Coney Island Adult Ed 844-692-4692

## Instructions

Please make sure to read the information provided to you today,

Please take your medication/s as instructed,

Please go to 1N20 to get a clinic card, if you don't have one yet, so that you can yhou could follow up in Coney Island Hospital clinic. Mak e sure to make an appointment or you might not be seen that day. Call (844) NYC 4 NYC or (844) 692-4692 to make an appointment using 24/7 appointment line.

Follow up with your doctor or specialist doctor when indicated in few days or sooner if symptoms worsen.

Return to ER if symptoms worsen.

## Today's Visit

You were seen by BAYANI BASCARA, MD and Natalia Grinkina, PA

**Reason for Visit**
- Assault Victim
- Wrist Pain
- Ankle Pain
- Back Pain

**Diagnoses**
- Bruise of both arms
- Contusion of ankle, unspecified laterality, initial encounter

⚕ **Medications Given**
ketorolac (TORADOL) last given at 11:56 AM

## What's Next

**JUL 19 2019**   **Revisit** with Suresh Patil, MD
Friday July 19 1:40 PM
3C-100

Woodhull Orthopedics
760 Broadway 3C-100
BROOKLYN NY 11206
718-963-8269

**SEP 3 2019**   **Lab Work**
Tuesday September 3 10:50 AM

Woodhull Outpatient Lab
760 Broadway
BROOKLYN NY 11206
718-963-8000

**SEP 7 2019**   **Revisit** with SAMIA RIZKALLA, MD
Saturday September 7 11:00 AM
2C-120/150

Woodhull Medicine Clinic
760 Broadway
BROOKLYN NY 11206
718-963-8172

## General Emergency Department Discharge Instructions

We appreciate that you chose us as your healthcare provider.

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department. If you have further questions concerning this visit please call us at the included phone

NYC HEALTH+ HOSPITALS | MYCHART

With MyChart, you can... Message your doctor... Request refills... See test results... See your visit summaries and upcoming appointments and much much more...

To sign up go to **http://mychart.nychealthandhospitals.org**, click **"Sign Up Now"**, and enter personal activation code: **45VD5-PJBTF**
**Expires: 12/16/2019 10:45 AM**.

Additional Information:
If you have questions, you can go to **https://epicmychart.nychhc.org/help** to contact our MyChart staff. Remember, for emergencies, always call 911 - do not use MyChart.

# Allergies

ATT. 5

Shellfish-derived Products                    Allergy                    Shortness Of Breath
                                                                          Nausea And Vomiting
                                                                          Swelling

## ✍ Problem List

| | ICD-10-CM | Priority | Class | Noted – Resolved |
|---|---|---|---|---|
| Annual physical exam | Z00.00 | | | 5/30/2019 - Present |
| Spinal stenosis | M48.00 | | | 1/4/2019 - Present |
| Back pain at L4-L5 level | M54.5 | | | 10/22/2018 - Present |
| Depression, major, recurrent (HCC) | F33.9 | | | 10/22/2018 - Present |





New York City Comptroller
Scott M. Stringer

# Property Damage or Loss Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized*. If claim is not resolved within *1 year and 90 days of the occurrence,* you must start legal action to preserve your rights.
TYPE OR PRINT

**I am filing:** ☒ On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | Syville |
| First Name: | Alphonso |
| Relationship to the claimant: | |

○ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

## Claimant Information

| | |
|---|---|
| *Last Name: | Syville |
| *First Name: | Alphonso |
| Address: | 131 W 25 St |
| Address 2: | |
| City: | N.Y |
| State: | Ny |
| Zip Code: | |
| Country: | |
| Date of Birth: | 9/27/74 *Format: MM/DD/YYYY* |
| Soc. Sec. # | 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 |
| HICN: (Medicare #) | |
| Date of Death: | *Format: MM/DD/YYYY* |
| Phone: | 646 673-3205 |
| Email Address: | Sohoodent27@AOL.Com |
| Occupation: | |
| City Employee? | ○ Yes ☒ No ○ NA |
| Gender | ☒ Male ○ Female ○ Other |

*Denotes required field(s).

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Alphunso Sville

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

-against-

City of New York
Department of Homeless Services & DHS Peace Officer's Services

(full name(s) of the defendant(s)/respondent(s))

CV _____ ( ) ( )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings
and I believe that I am entitled to the relief requested in this action. In support of this application to
proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are
true:

1. *Are you incarcerated?*  ☐ Yes  ☑ No  (If "No," go to Question 2.)

   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes  ☐ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization"
   directing the facility where I am incarcerated to deduct the filing fee from my account in installments
   and to send to the Court certified copies of my account statements for the past six months. *See* 28
   U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes  ☑ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment?  4/2008

   Gross monthly wages at the time:  $1300

3. In addition to your income stated above (which you should not repeat here), have you or anyone else
   living at the same residence as you received more than $200 in the past 12 months from any of the
   following sources? Check all that apply.

   (a) Business, profession, or other self-employment  ☐ Yes  ☑ No
   (b) Rent payments, interest, or dividends  ☐ Yes  ☑ No



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

## Insurance Information

Do you have insurance?  ◯ Yes  ◯ No

Did you report your accident to your insurance company?  ◯ Yes  ◯ No

Were you paid by your insurance company?  ◯ Yes  ◯ No

Is payment pending?  ◯ Yes  ◯ No

Deductible Amount:

Insurance Company Name:

Address:

Address 2:

City:

State: ▾

Zip Code:

Policy #:

Phone #:

Agent Name:

## City vehicle information

Plate #:

City Driver Last Name:

City Driver First Name:

*Total Amount Claimed:

*Format: Do not include "$" or ",".*

**10/10/19**
Date

_Signature of Claimant_

State of New York
County of

I, **A L P h o N S o   S Y V i L L E** , being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Signature of
Claimant

Sworn before me this day  10 ᵗʰ day of October 2019

Signature of notary

EDWIN COSME
Notary Public, State of New York
No. 01CO6181959
Qualified in Kings County
Commission Expires 03/10/2020

*Denotes required field(s).*

Property lost
Claim

July 2nd I Alphonso Syville property was being transferred from Mica Renaissance Single Mens Adult Shelter in Brooklyn to Jack Ryan Mica Mens Adult shelter on West in Manhattan

The Reason for the transfer from Brooklyn to Manhattan was, So I can Be closer to Bellvue Hospital to go through a laser Buck operation Also, It's Medical Documented That I can not lift anything over 11pounds. (Which I Had 3 Diffel Bags all over 20pounds).

The Director Informed from Renassance Informed the staff at Jack Ryan Before Hand that they would Have to Help me with my Property once it Arrived At Jack Ryan.

My Property Services and the staff at Jack Ryan refuses to help me with my property through the Medall Detector.

I was assaulted due to this and jail and released on July 3rd which I returned to Jack Ryan and waited for a bed with my property.

About 8pm I was told I was transferred to 124st and Lexington another Single Adults Mens shelter. I asked will somebody be helping me transport my property and again I was told, "No" we don't do that. Instead I was giving I metro cards and told I have to get to 124st and Lexington the best way I can. (Despite me being able not to carry anything over 10 pounds.)

So I packed me a small bag and went and slept on the streets.

A few Days later I was told I've been Transferred to a Single Adult shelter in the Bronx Cull St louis. I told DHS that I already have a seperation from that shelter and DHS said, I'm lieing

On Sept 1 I went to 1 police plaza to Retrieve the complaint and I was transferred again To Fort Washington in the Bronx the first week of September.

I asked for my Property at Jack Ryan and was told that my Property was thrown away Because I couldn't get to it in 7days of the Time it got packed up on July 2nd at Jack Ryan

(Thats all I Am, so Basically Jack Ryan threw my whole life away).

Also I been sleeping on the streets since July 2nd and still there as of right now 10/10/19.

I Think I should get Reimburst because

1) Nobody/Staff would not Help me with my Property Despite Medical Documents Saying I can't lift anything over 10 pounds. (So there is No way I could've transported my Property with me).

2) Jack Ryan was Informed ahead of time By another Director to Help me with my Property.

3) Staff Job is to Help and Help transport Mental and medical Ill Clients such as myself with they property Personal and Private.

1) Things I had in my Property. (some is priceless)

UNKNOWN ⟶ 1) I had a Baseball Collection, (unknown Worth I have Pictures of them)

NOT ADDED 2) Lab top $700

3) Tablet $500

4) 3 Phones Iphone 5, Samsung Galaxy, Galaxy 7 $1200

5) 3 pair of Wireless Head Phone $400

6) Vintage Brooklyn Nets wear that can't be gotten no more $500

7) Clothes, Under Clothes, Winter Coats and Clothes, 3 pair of Sneakers 1 pair of boots $1600

8) 1 Gucci Watch $500

9) 7 Bose wireless Speaker $300

✗ 10. Priceless stuff, (pictures of me my 3 daughter and family Dating as far back as 1995

11. Copy of my second Book I wrote

12. A lot of legal court Documents