UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALPHONSO SYVILLE,

                Plaintiff,                    **19-cv-9988 (VEC) (VF)**

      -against-                      **ORDER**

CITY OF NEW YORK, et al,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On April 6, 2023, Plaintiff filed a motion to reopen the case. See ECF No. 38. To date, the Court has not received a response. **Defendants are directed to submit a response to Plaintiff's motion at ECF No. 38 by no later than June 30, 2023.**

      **SO ORDERED.**

DATED:    New York, New York
                May 31, 2023

                                                         VALERIE FIGUEREDO
                                                        United States Magistrate Judge