UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALPHONSO SYVILLE,

                                 Plaintiff,                    **19-cv-9988 (VEC) (VF)**

           -against-                              **ORDER**

CITY OF NEW YORK, et al,

                                 Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On July 14, 2023, Defendants filed a response to Plaintiff's motion to reopen the case. See ECF No. 44. A reply from Plaintiff is not required, but should he intend to file one, he is directed to do so by no later than September 18, 2023.

       **SO ORDERED.**

DATED:    New York, New York
                September 1, 2023

                                                                         VALERIE FIGUEREDO
                                                                         United States Magistrate Judge